**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| Plaintiff, | : | **CASE NO: 3:18 CR 0073 - 4** |
| -vs.- | : | Judge Thomas M. Rose |
| **WILLIAM LAMBERT** | : | |
| Defendant. | : | |

_____

**MOTION TO CONTINUE HEARING**
_____

Now comes Defendant, William Lambert, by and through counsel, and respectfully moves this Honorable Court to continue the Change of Plea Hearing, scheduled for May 1, 2019 at 2:30 p.m. Counsel for Defendant has had an unexpected medical emergency. United States Attorney has been made aware of request and has no objection.

Respectfully submitted,

/s/ Nicholas G. Gounaris _____
NICHOLAS G. GOUNARIS (0064527)
Gounaris Denslow Abboud Co., LPA
Attorney for Defendant, William Lambert
130 West Second Street, Suite 2000
Dayton, OH  45402
Telephone  (937) 222-1515
Facsimile   (937) 222-1224
E-Mail    nick@gafirm.com

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court, Southern District of Ohio using the CM/EMF system which on the date of filing will send notification of such filing to all counsel of record.

/s/ Nicholas G. Gounaris_____
NICHOLAS G. GOUNARIS